UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re: Search Warrant for Email Account Information associated with babazadeh_trading_co@yahoo.com that is stored at premises controlled by Yahoo, Inc. | Case No. 18-mj-122-DL<br><br>Filed Under Seal |

MOTION TO SEAL ENTIRE MATTER
RELATED TO APPLICATION FOR SEARCH WARRANT UNTIL OCTOBER 22, 2018

    The United States of America respectfully moves to seal the entire matter related to the Application for a Search Warrant, including any Search Warrant that may issue and the resulting return in the above-captioned case at Level II for 90 days, to expire on October 22, 2018. These documents contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation and endanger witnesses. Specifically, the supporting affidavit reveals that investigators have access to and have obtained information from email communications about criminal activity. If the targets of this investigation prematurely learn that investigators had access to those email communications, they may destroy evidence, change their patterns of behavior, and take other measure to avoid apprehension and prosecution.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

Dated: July 24, 2018					By: /s/ John S. Davis
						John S. Davis
						Assistant United States Attorney
						State Bar # 592
						53 Pleasant Street, 4th Floor
						Concord, NH 03301
						john.davis8@usdoj.gov

Motion ☒ Granted		☐ Denied

_____
Daniel J. Lynch
United States Magistrate Judge
Date: July 24, 2018