AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

SEALED DOCUMENT

for the

District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF NH
FILED

2018 NOV 20 P 2: 57

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with<br>babazadeh_trading_co@yahoo.com that is stored at<br>premises controlled by Yahoo, Inc. | )<br>)<br>) Case No.   18- mj 12201- DL<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____August 7, 2018_____
*(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.      ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Daniel J. Lynch, U.S. Magistrate Judge_____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   7/24/18 @ 4:40pm                    _____
                                                                                          *Judge's signature*

City and state:      Concord, NH _____            Daniel J. Lynch, U.S. Magistrate Judge
                                                                                    *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>18-MJ-122-01-DL | Date and time warrant executed:<br>7/25/2018 | Copy of warrant and inventory left with:<br>lawenforcement-request-delivery@oath.com |
| Inventory made in the presence of :   SA BENJAMIN HICKOK | | |

Inventory of the property taken and name of any person(s) seized:

CONTENTS OF babazadeh-trading-co@yahoo.com RECEIVED VIA FEDEX ON A 32GB THUMBDRIVE WITH #383988 WRITTEN ON IT.

| Certification |
|---|

    *I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

Date: 10/25/18

_____
Executing officer's signature

BENJAMIN HICKOK
_____
Printed name and title

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with babazadeh_trading_co@yahoo.com that is stored at premises owned, maintained, controlled, or operated by Yahoo (Oath Holdings Inc.), a company headquartered at 701 First Avenue, Sunnyvale, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be disclosed by Yahoo (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.      The contents of all emails to and from each2other@gmail.com, hamedfxx@gmail.com, goldengateintllc@gmail.com, hafxx6@gmail.com, aliabadi.hamed@gmail.com, and aiden.davidsonn@gmail.com, from January 2014 through the present, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b.      All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.      The types of service utilized;

d.      All records or other information stored by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files; and

e.      All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken. The Provider is hereby ordered to disclose the above information to the government within 14 days of service of this warrant.

**II.     Information to be seized by the government**

All information described above in Section I that constitutes evidence of violations of 50 U.S.C. 1701-1706 (International Emergency Economic Powers); 18 U.S.C. 554 (Smuggling); 31 C.F.R 560.203, 560.204, and 560.206 (regulations prohibiting the export of U.S. goods to Iran); and Title 18, United States Code, Section 371 (conspiracy), those violations involving Hamed Aliabadi a.k.a. Aiden Davidson, and/or Golden Gate International, LLC, and occurring after January 2014, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) All communications relating to the possible identification, procurement, purchase, preparation, packaging, description, valuation, invoicing, licensing, concealment, sale, supply, transportation, exportation, shipment, or trans-shipment of goods from the United States or other countries to Iran, including communications relating to payments and receipt of payments for said transactions;

(b) Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

(c) Evidence indicating the email account owner's state of mind as it relates to the crimes under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e) The identity of the person(s) who communicated with the user ID about matters relating to the crimes under investigation, including records that help reveal their whereabouts.